```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ALEX LOZADA
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2805
 5
 6
 7
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 2:12-MJ-00041-GGH |
| | ) | |
| v. | ) | Stipulation and [proposed] |
| | ) | Order to Continue Court Trial |
| SHANE R. CARSON, | ) | |
| | ) | Date: May 9, 2012 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Gregory G. Hollows |
| | ) | |

It is hereby stipulated and agreed between the United States and the defendant by and through their respective counsel that the previously scheduled court trial set for May 9, 2012 at 9:00 a.m.

///
///
///
///
///
///
///
///
///

1

be continued to May 30, 2012 at 9:00 a.m.  Further time is required for defense counsel to prepare a defense and consult with their client.

DATED: May 9, 2012               BENJAMIN B. WAGNER
                                 United States Attorney


                                 By: /s/ Alex Lozada
                                 ALEX LOZADA
                                 Special Assistant U.S. Attorney

DATED: May 9, 2012               DANIEL J. BRODERICK
                                 Federal Defender


                                 (as authorized on 4/23/12)
DATED: May 9, 2012               By: /s/ Alex Lozada
                                 LINDA HARTER
                                 Attorney for Defendant

<u>O R D E R</u>

IT IS SO ORDERED:

DATED: April 26, 2012

                    /s/ Gregory G. Hollows
                 UNITED STATES MAGISTRATE JUDGE