1 | DANIEL J. BRODERICK, Bar#89424
Federal Defender
2 | LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California  95814
4 | Telephone (916) 498-5700

Attorney for Defendant
SHANE R. CARSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:12-mj-00041 GGH |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE COURT TRIAL** |
| v. | ) | |
| SHANE R. CARSON, | ) | DATE:   September 12, 2012<br>TIME:   9:00 am.<br>JUDGE: Gregory G. Hollows |
| Defendant. | ) | |

It is hereby stipulated and agreed to between the United States of America through Alex Lozada, Assistant U.S. Attorney, and defendant, SHANE R. CARSON, by and through his counsel, Linda C. Harter, Chief Assistant Federal Defender, that the court trial set for Wednesday, May 30, 2012, be vacated and a new court trial date of **Wednesday, September 12, 2012, at 9:00 a.m.**, be set.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The reason for the continuance is because defense counsel needs additional time to discuss the case with the client.   In addition, defense counsel is unavailable on May 30, 2012.

DATED:  May 25, 2012

                                                  Respectfully submitted,

                                                  DANIEL J. BRODERICK
                                                  Federal Defender

                                                  */s/ Linda C. Harter*
                                                  LINDA C. HARTER
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  SHANE R. CARSON

DATED: May 25, 2012                        BENJAMIN B. WAGNER
                                                  United States Attorney

                                                 */s/ Alex Lozada*
                                                  ALEX LOZADA
                                                  Special Assistant U.S. Attorney
                                                  Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.**

DATED: May 30, 2012

                                              /s/ Gregory G. Hollows
                                 UNITED STATES MAGISTRATE JUDGE