DANIEL J. BRODERICK, #89424
Federal Defender
Linda Harter, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
DENIZE KIA
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SHANE CARSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Mag. No. 2:12-mj-00041-GGH-1 |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) BENCH TRIAL |
|  | ) |
| SHANE CARSON, | ) |
|  | ) Date: September 6, 2012 |
| Defendant. | ) Time: 10:00 a.m. |
|  | ) Judge: Hon. GREGORY G. HOLLOWS |
| _____ | ) |

The United States of America, through Jeffery A. Spivak, Special Assistant United States Attorney, together with defendant, Shane R. Carson, by counsel Linda Harter, Chief Assistant Federal Defender, stipulate to vacate the bench trial set for September 12, 2012 at 9:00 a.m. and reset it for November 14, 2012 at 10:00 a.m.

Mr. Carson has received new representation within the Federal Defenders office. As a result Mr. Carson requests time to coordinate with his new counsel.

\\\\\
\\\\\
\\\\\
\\\\\

1  Dated:   September 6, 2012
2                                              Respectfully submitted,
3                                              DANIEL J. BRODERICK
   						Federal Defender
4
5                                              /s/ Linda C. Harter
                                               LINDA C. HARTER
6                                              Chief Assistant Federal Defender
                                               Attorney for Defendant
7                                              SHANE CARSON

8  Dated: June 22, 2012                       BENJAMIN B. WAGNER
9                                              United States Attorney

10
                                               /s/ Jeffrey A. Spivak
11                                             Jeffery A. Spivak
                                               Special Assistant U.S. Attorney
12

13                              ORDER
14
   IT IS SO ORDERED except the trial date is set for December 5, 2012.
15

16
   Dated: September 6, 2012
17

18              /s/ Gregory G. Hollows
                UNITED STATES MAGISTRATE JUDGE
19

STIPULATION AND [PROPOSED] ORDER   -2-