UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.
Shane Carlson

CASE/CITATION NO. 2:12mj00041-AC

ORDER TO PAY

**FILED**
FEB 25 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
CITY            STATE       ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: X 2/25/13         X _____
                          DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 100.00 _____ and a penalty assessment of $ 5.00 _____ for a TOTAL AMOUNT OF: $ _____ within _____ days/months/ or payments of $ _____ per month, commencing _____ and due on the 4/25/13 of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to:** ~~Clerk, USDC and~~ mailed to (circle one):

| CENTRAL VIOLATIONS BUREAU | CLERK, USDC | CLERK, USDC |
| PO BOX 70939 | 2500 TULARE ST., RM. 1501 | 501 I STREET, STE. 4-200 |
| CHARLOTTE, NC 28272-0939 | FRESNO, CA 93721-1322 | SACRAMENTO, CA 95814-2322 |

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 2/25/2013            _____
                           U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                                    EDCA-3